FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 08cr604-JM |
| Plaintiff,    ) | I N F O R M A T I O N |
| v.    ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| IGNACIO LOYOLA-ZUNIGA,    ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant.    ) | |

The United States Attorney charges:

Count 1

On or about __12/2007__, within the Southern District of California, defendant IGNACIO LOYOLA-ZUNIGA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//

CJB:kmm:San Diego
2/14/08

Count 2

On or about February 3, 2008, within the Southern District of California, defendant IGNACIO LOYOLA-ZUNIGA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 4, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney