AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

IGNACIO LOYOLA-ZUNIGA

**WAIVER OF INDICTMENT**

CASE NUMBER: _08 CR 604 -JM_

I, IGNACIO LOYOLA-ZUNIGA    , the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C.,
Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _3/4/08_    prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

**FILED**

MAR - 4 2008

SC.    RK, U.S. DISTRICT COURT
BY    N DISTRICT OF CALIFORNIA
            DEPUTY

Before _____
JUDICIAL OFFICER

_____
Defendant

_____
Counsel for Defendant