# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR0604-JM |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 07110298 |
| Ignacio Loyola-Zuniga ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____May 9, 2008_____
the Court entered the following order:

**FILED MAY - 9 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY**

✓ ____ Defendant be released from custody, as to this case.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ ____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ ____ Other. Case 08CR1450-JM still pending.

UNITED STATES MAGISTRATE JUDGE
OR
Received _____  W. SAMUEL HAMRICK, JR.    Clerk
       DUSM              by
                              _____ Deputy Clerk

★ U.S. GPO: 1996-783-398/40151

Crim-9    (Rev 6-95)

CLERKS' COPY